*In re* GENARO RODRÍGUEZ GERENA.

*Números:* CP-89-283          *Resuelto:* 24 de marzo de 1995
          MC-89-16

*Genaro Rodríguez Gerena, pro se.*

## RESOLUCIÓN

Examinada la Moción Interesando Reconsideración de la Resolución presentada en este caso, se reconsidera nuestra Resolución de 10 de febrero de 1995 y, en consecuencia, se reinstala al Lcdo. Genaro Rodríguez Gerena al ejercicio de la notaría.

Lo acordó el Tribunal y certifica el señor Secretario General. Los Jueces Asociados Señores Negrón García y Rebollo López no intervinieron.

              *(Fdo.)* Francisco R. Agrait Lladó
                        *Secretario General*